**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                                      Chapter 13
                                                Case No.: 9:18-bk-05952-FMD

**CHARLES PATRICK MILLER**,

        Debtor.

_____/

**OBJECTION TO CONFIRMATION**
**OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XIV TRUST** ("BSI Financial Services" or "Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan and states:

1. On July 19, 2018 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2. On July 20, 2018, the Debtor filed its proposed Chapter 13 Plan [D.E. 7] (the "Plan").

3. On August 6, 2018, Secured Creditor timely filed its proof of claim which reflects a total secured claim amount of $179,304.20, pre-petition arrearages in the amount of $32,862.17 and the current on-going mortgage payment as $1,082.18.

4. Secured Creditor is the owner and holder of that certain promissory note and that mortgage recorded as instrument #2008000219317 in the Official Records of Lee County, Florida, on the property located at *251 David Avenue, Lehigh Acres, FL 33936* (the "Property").

5. The Debtor's Plan denotes an intention to retain the subject Property by making on-going mortgage payments through the Plan as well as to provide for payments to cure the outstanding arrearages in the total amount of $25,000.00.

6. Secured Creditor asserts that the Debtor's Plan does not accurately reflect the current outstanding pre-petition arrearage due and owing Secured Creditor. As such, the proposed Plan is not in compliance with the requirement of 11 U.S.C. § 1322 (b)(3) and § 1325 (a)(5) and cannot be confirmed.

7. Secured Creditor objects to any proposed Plan that proposes to pay Secured Creditor anything less than the total current pre-petition arrearage amount of $32,862.17 in equal monthly payments over the life of the plan.

8. Debtor's plan should also account for future tax and insurance obligations.

9. Secured Creditor reserves the right to supplement this Objection.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Chapter 13 plan, and for any such other relief that the Court deems just and proper.

**Dated this 15th day of August, 2018.**

Respectfully submitted:

**GHIDOTTI BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:   /s/ Chase A. Berger
      Chase A. Berger, Esq.
      Florida Bar No. 083794
      cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:  /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* | *Debtor's Counsel* |
| **Charles Patrick Miller** | **David Lampley, Esq.** |
| 251 David Avenue | 1436 Royal Palm Square Blvd. |
| Lehigh Acres, FL 33936 | Fort Myers, FL 33919-1049 |
| | |
| *Trustee* | *U.S. Trustee* |
| **Jon Waage** | **United States Trustee - FTM7/13, 7** |
| P.O. Box 25001 | Timberlake Annex, Suite 1200 |
| Bradenton, FL 34206-5001 | 501 E Polk Street |
| | Tampa, FL 33602 |

By:  /s/ Chase A. Berger
Chase A. Berger, Esq.